IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BENJAMIN BRYSON, <br> Plaintiff <br> <br> v. <br> <br> FLUOR CORPORATION, <br> Defendant | § <br> § <br> § <br> §     CA: 4:13-cv-2805 (Jury) <br> § <br> § <br> § |

## PLAINTIFF'S JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On September 23, 2013 Defendant removed this action to this court from the 295th Judicial District Court of Harris County, Texas. Plaintiff respectfully requests a trial by jury.

Respectfully submitted,

BY: _____
Peter Costea
TBN 04855900
Three Riverway, Suite 1800
Houston, Texas 77056
Tel. 713/337-4304
Fax 713/659-5302
ATTORNEY FOR PLAINTIFF
BENJAMIN BRYSON

## CERTIFICATE OF SERVICE

I certify that on September 27, 2013 a true and correct copy of the foregoing pleading was served electronically by the clerk of the court on counsel for the Defendant, Mr. Dennis P. Duffy, Baker & Hostetler, LLP, 811 Main Street, Suite 1100, Houston, Texas 77002.

_____
Peter Costea