UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Benjamin Bryson

    Plaintiff,

vs.　　　　　　　　　　　　　　　　CIVIL ACTION NO. 4:13−cv−02805
　　　　　　　　　　　　　　　　　　Judge Kenneth M. Hoyt

Fluor Corporation, et al.

    Defendant.

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED and ENTERED the 29th of October 2014.

_____
Kenneth M. Hoyt
United States District Judge